**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WAVE SENSE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-920-RWS |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff Wave Sense, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Joint Motion to Dismiss with Prejudice. Docket No. 78. The parties seek to dismiss all claims and counterclaims the parties asserted against the other in this action with prejudice pursuant to Rule 41(a)(2). *Id.* After review, and because it is joint, the motion (Docket No. 78) is **GRANTED**. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 2nd day of October, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE